1
2
3
4
5
6
7
8               UNITED STATES DISTRICT COURT

9               EASTERN DISTRICT OF CALIFORNIA

10

11   RICHARD A. HOLCOMB,              )         1:06-CV-0704-AWI-DLB-P
                                      )
12        Plaintiff,                  )
                                      )         ORDER GRANTING MOTION TO FILE
13                                    )         AMENDED COMPLAINT
          v.                          )         (DOC 13)
14                                    )
     SGT FLEAMAN,                     )
15                                    )
                                      )
16        Defendants.                 )
                                      )
17   _____ )

18          Plaintiff filed this civil rights action on June 6, 2006.  On August 30, 2006, plaintiff

19   filed a motion requesting permission to file a second amended complaint.  Under Rule 15(a) of the

20   Federal Rules of Civil Procedure, a party may amend the party's pleading once as a matter of course

21   at any time before a responsive pleading is served.  Otherwise, a party may amend only by leave of

22   the court or by written consent of the adverse party, and leave shall be freely given when justice so

23   requires.  Fed. R. Civ. Pro. 15(a).  In this case, a responsive pleading has not been served.  Therefore,

24   plaintiff may file his second amended complaint.  The Clerk of Court is directed to file the second

25   amended complaint lodged on August 30, 2006.

26          IT IS SO ORDERED.

27      Dated:    September 1, 2006                    /s/ Dennis L. Beck

28                                              1

1   3c0hj8                                    UNITED STATES MAGISTRATE JUDGE