IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD HOLCOMB, | CASE NO. CV-F-06-704 AWI DLB P |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION FOR LEGAL SUPPLIES |
| vs. | [Doc. 20] |
| SGT. FLEAMAN, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the amended complaint upon which this action proceeds on September 1, 2006.

On November 17, 2006, plaintiff filed a motion entitled "Motion for Institutional Issuance of Needed Legal Supplies." Plaintiff requests that the court order the Law Librarian at Corcoran State Prison to provide plaintiff with various legal supplies including pen cartridges, correction tape, carbon duplication paper, legal paper etc. The court construes the motion as a request for legal supplies at public expense. The expenditure of public funds on behalf of an indigent litigant is proper only when

///
///
///
///

1

1  authorized by Congress.  See Tedder v. Odel, 890 F.2d 210 (9th Cir. 1989) (citations omitted).  The in
2  forma pauperis statute does not authorize the expenditure of public funds for the purpose sought by
3  plaintiff in the instant motion.
4        Accordingly, plaintiff's motion for legal supplies is HEREBY DENIED.

6    IT IS SO ORDERED.
7    **Dated:   November 22, 2006**          **/s/ Dennis L. Beck**
   3b142a                                       UNITED STATES MAGISTRATE JUDGE