UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD A. HOLCOMB,<br><br>    Plaintiff,<br><br>    v.<br><br>SGT. FLEAMAN, et al.,<br><br>    Defendants.<br>_____ | 1:06-CV-00704-AWI-DLB-P<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE OBJECTIONS<br><br>(Doc. 22) |

    Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On December 1, 2006, plaintiff filed a motion for an extension of time to file objections to the Magistrate's findings and recommendations which were filed on November 13, 2006. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

    Plaintiff is granted thirty days from the date of service of this order in which to file objections.

    IT IS SO ORDERED.

    **Dated:** **December 12, 2006**           **/s/ Dennis L. Beck**
3c0hj8                                       UNITED STATES MAGISTRATE JUDGE