# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD HOLCOMB, | CASE NO. CV-F-06-0704 AWI DLB P |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION FOR THE APPOINTMENT OF AN INVESTIGATOR |
| v. | |
| R. FLEEMAN, et al., | (Doc. 36) |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On April 225, 2007, plaintiff filed a motion seeking the appointment of a private investigator to assist him in this case.

The expenditure of public funds on behalf of an indigent litigant is proper only when authorized by Congress. <u>Tedder v. Odel</u>, 890 F.2d 210 (9th Cir. 1989) (citations omitted). The in forma pauperis statute does not authorize the expenditure of public funds for the appointment of an investigator. 28 U.S.C. § 1915.

Accordingly, plaintiff's motion is HEREBY DENIED.

IT IS SO ORDERED.

Dated:   **April 30, 2007**          **/s/ Dennis L. Beck**
                                                              UNITED STATES MAGISTRATE JUDGE

1