UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD A. HOLCOMB, | 1:06-cv-00704-AWI-DLB-P |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 19) |
| vs. | **ORDER DENYING REQUESTS FOR PRELIMINARY INJUNCTIVE RELIEF** (Doc. 17) |
| R. FLEEMAN, et al., | |
| Defendants. / | |

Plaintiff, Richard A. Holcomb ("plaintiff"), a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On November 13, 2006, the Magistrate Judge filed Findings and Recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the Findings and Recommendations were to be filed within thirty (30) days. On December 1, 2006, December 11, 2006, January 12, 2007, and March 5, 2007, respectively, plaintiff filed a motion for extension of time. On December 13, 2006 and March 12, 2007,

respectively, the court granted plaintiff an additional thirty (30) days within which to respond. To date, plaintiff has not filed objections to the Magistrate Judge's Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a _de novo_ review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed November 13, 2006, are ADOPTED IN FULL; and,

2. Plaintiff's motion for preliminary injunctive relief, filed November 7, 2006, is DENIED.

IT IS SO ORDERED.

**Dated:   May 17, 2007**              **/s/ Anthony W. Ishii**
                                      UNITED STATES DISTRICT JUDGE