**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICHARD A. HOLCOMB,<br><br>            Plaintiff,<br><br>    vs.<br><br>SGT. FLEAMAN, et al.,<br><br>            Defendants.<br>_____/ | CASE NO. 1:06-CV-00704 AWI-DLB PC<br><br>ORDER RE: PLAINTIFF'S MOTION TO AMEND COMPLAINT<br><br>ORDER RE: PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS<br><br>AMENDED COMPLAINT DUE WITHIN 10 DAYS<br><br>[DOC #39 & 41] |

   Plaintiff Richard A. Holcomb ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in a civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's motion to amend his complaint filed on May 15, 2007, and a motion to extend time to file objections to this court's findings and recommendations filed on May 18, 2007.

   In plaintiff's motion to amend his complaint, he has not clearly indicated what the amendment will be, nor has he submitted a lodged complaint. However, after reviewing the file in this matter, plaintiff is granted ten days from the date of service of this order in which to file an amended complaint. Plaintiff is advised that he has already been granted leave to amend his complaint once. Further, defendants filed a motion to dismiss on April 3, 2007, based on plaintiff's failure to exhaust his

administrative remedies. Plaintiff has not yet responded to defendant's motion which may render plaintiff's amended complaint moot. Plaintiff is ordered to reply defendant's motion to dismiss. In the reply, it is incumbent on plaintiff to demonstrate that administrative remedies were exhausted. If no opposition is filed, the court will deem the motion as unopposed and will grant defendant's motion.

Further, on May 18, 2007, the District Court adopted this court's findings and recommendations regarding plaintiff's motion for preliminary injunction. Accordingly, plaintiff's motion for extension of time to file objections is denied since it is moot.

Accordingly, IT IS HEREBY ORDERED that:

1) Plaintiff's is granted ten (10) days from the date of service of this order in which to file a response to defendant's motion to dismiss filed on April 3, 2007. If no opposition is filed, the court will deem the motion unopposed;

2) If after reviewing defendant's motion to dismiss plaintiff believes that the amended complaint is not moot, he may file an amended complaint within ten (10) days from the date of service of this order;

3) Plaintiff's motion for an extension of time to file objections to this court's findings and recommendations regarding plaintiff's motion for preliminary injunction is denied as moot.

IT IS SO ORDERED.

Dated: **May 23, 2007**               **/s/ Dennis L. Beck**
                                       UNITED STATES MAGISTRATE JUDGE