UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD A. HOLCOMB,<br><br>    Plaintiff,<br><br>    v.<br><br>SGT. FLEAMAN,<br><br>    Defendants. | 1:06-CV-0704 AWI DLB (PC)<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANT'S MOTION TO DISMISS<br><br>OPPOSITION DUE IN 30 DAYS<br><br>(DOCUMENT #44) |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On June 4, 2007, plaintiff filed a motion to extend time to file

an opposition to defendant's motion to dismiss. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty days from the date of service of this order in which to file objections to defendant's motion to dismiss.

IT IS SO ORDERED.

    Dated:   **June 18, 2007**                **/s/ Dennis L. Beck**
                                                                     UNITED STATES MAGISTRATE JUDGE