1

2

3

4

5

6

7

8                  UNITED STATES DISTRICT COURT

9                EASTERN DISTRICT OF CALIFORNIA

10

11  R.A. HOLCOMB,                    1:06-cv-00704-AWI-DLB-P

12            Plaintiff,        **ORDER ADOPTING FINDINGS AND**
                                **RECOMMENDATIONS** (Doc. 52)
13  vs.
                                **ORDER GRANTING MOTION TO**
14  FLEEMAN, et al.,             **DISMISS** (Doc. 33)

15            Defendants.       **ORDER DISMISSING ACTION**
    _____/

16

17       Plaintiff, R.A. Holcomb ("plaintiff"), a state prisoner

18  proceeding pro se and in forma pauperis, has filed this civil

19  rights action seeking relief under 42 U.S.C. § 1983.  The matter

20  was referred to a United States Magistrate Judge pursuant to 28

21  U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

22       On October 30, 2007, the Magistrate Judge filed Findings and

23  Recommendations herein which were served on the parties and which

24  contained notice to the parties that any objections to the

25  Findings and Recommendations were to be filed within thirty (30)

26  days.  To date, the parties have not filed objections to the

27  Magistrate Judge's Findings and Recommendations.

28  //

1

1    In accordance with the provisions of 28 U.S.C.

2  § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a

3  de novo review of this case.  Having carefully reviewed the

4  entire file, the Court finds the Findings and Recommendations to

5  be supported by the record and by proper analysis.

6    Accordingly, IT IS HEREBY ORDERED that:

7    1.   The Findings and Recommendations, filed October 30,

8  2007, are ADOPTED IN FULL;

9    2.   Defendants' unenumerated Rule 12(b) motion, filed April

10 3, 2007, is GRANTED; and,

11   3.   This action is DISMISSED, without prejudice, based on

12 plaintiff's failure to exhaust.

13

14 IT IS SO ORDERED.

15 **Dated:    January 17, 2008**              **/s/ Anthony W. Ishii**
                                    UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28

2